Commonwealth *v.* Fleischman, Appellant.

Submitted March 21, 1972. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and PACKEL, JJ.

*George E. Goldstein* and *Robert M. Rosenblum,* for appellant.

*Edward P. Little, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION BY HOFFMAN, J., June 16, 1972:

Appellant was a co-defendant of Paul Fleming whose case was decided by this Court this even date. See *Commonwealth v. Fleming,* 221 Pa. Superior Ct. 481, 291 A. 2d 874 (1972).

Appellant took the same position as did Fleming with respect to the suppression of evidence against him at trial, and he is likewise entitled to a new trial under the authority of *Commonwealth v. Shaw,* 444 Pa. 110, 281 A. 2d 897 (1971).

The judgment of sentence is vacated and a new trial is ordered.

WATKINS, J., dissents.